UNITED STATES of America, Plaintiff–Appellee,

v.

Tymond J. PRESTON, Defendant–Appellant.

No. 11–10511.

United States Court of Appeals, Ninth Circuit.

Aug. 14, 2013.

Michael Thomas Morrissey, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Keith Swisher, Phoenix School of Law, Phoenix, AZ, for Defendant–Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel

opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge MURGUIA did not participate in the deliberations or vote in this case.